IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 3:07-cr- 634 |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE REGARDING |
| ) | SUPERSEDING INDICTMENT |
| ANDRELL THOMAS SANDERS ) | |
| aka Q, ) | |
| CHRISTOPHER JAMES MCGEE, and ) | |
| JULIUS RYAN SHARKEY, ) | |
| ) | |
| Defendants. ) | |

Local Rule of Criminal Procedure 7.1

Comes now the United States of America, plaintiff in the above-captioned matter, by and through the United States Attorney for the Southern District of Iowa and the undersigned Special Assistant U.S. Attorney, and for its Notice Regarding Superseding Indictment pursuant to Local Rule of Criminal Procedure 7.1, states:

1. The original indictment containing 2 Counts and charging only the first 2 listed defendants was filed on December 13, 2007.

2. The Superseding Indictment adds the third defendant, Julius Ryan Sharkey.

3. The Superseding Indictment adds Count III to the Indictment.

4. The Superseding Indictment adds Sharkey to Count 1 and lengthens the time frame of the Conspiracy.

5. Count II remains the same.

Respectfully Submitted,

Matthew G. Whitaker
United States Attorney


By: /s/ Melisa K. Zaehringer
Melisa K. Zaehringer
Special Assistant United States Attorney
131 East 4th Street
Davenport, Iowa 52801


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon all counsel of record and *pro se* parties by electronic service by filing this document with the Clerk of Court using the ECF system on March 17, 2008, which will send notification to the following:

Michael Galvin, Attorney for Sanders


/s/ Melisa K. Zaehringer
United States Attorney's Office
Southern District of Iowa