# United States District Court

SOUTHERN DISTRICT OF IOWA

DAVENPORT DIVISION

RECEIVED JAN 2 0 2009
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA

V.

CHRISTOPHER JAMES McGEE

## WARRANT FOR ARREST

CASE NUMBER: 3:07-cr-634

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Christopher James McGee**
Name

for proceedings in Davenport, Iowa, to answer an

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute cocaine base and possession with intent to distribute cocaine base

in violation of Title **18; 21** United States Code, Section(s) **2; 846, 841(b)(1)(A), 841(a)(1)**

R. Johnson
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature: R. Johnson]
Signature of Issuing Officer

March 12, 2008, Davenport, Iowa
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/12/08 | Terry Bumann Dusin for Jerry Blomgren DEA TFO | [signature] |
| DATE OF ARREST 01/02/09 | | |

AO 442 (Rev. 5/93) Warrant for Arrest