UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>CHRISTOPHER JAMES MCGEE,<br><br>      Defendant. | Criminal No. 3:07-cr-00634 |

**DEFENDANT MCGEE'S MOTION TO SUPPRESS**

NOW COMES Defendant Christopher James McGee and states:

1.    The Government claims it has evidence of several controlled buys involving Codefendant Andrell Sanders.

2.    The Government intends to use this evidence against Defendant McGee in the conspiracy count.

3.    The Government should have arrested Defendant Sanders after the first controlled buy. The only purpose for the subsequent buys was to increase the drug quantity and thereby the potential penalties against him and the codefendants.

4.    The Government is not allowed to do this regarding other offenses, such as not arresting a bank robber until he has committed a series of bank robberies.

5.    Allowing the Government to introduce evidence of the subsequent controlled buys would condone sentence manipulation that violates Defendant McGee's Due Process rights.

WHEREFORE, Defendant McGee asks the Court to suppress all evidence of the subsequent controlled buys.

- 2 -

        For CHRISTOPHER JAMES MCGEE, Defendant
        s/James Bryson Clements
        1503 Brady Street
        Davenport, Iowa 52803-4622
        TEL 563-323-9715
        FAX 563-323-7452
        EMAIL jbclements@iabar.org

PROOF OF SERVICE

I certify that on 8 May 2009 I filed this document with the clerk of this Court through the CM/ECF system. All participants in this case are registered CM/ECF users, and service will be through the CM/ECF system.

        s/James Bryson Clements

cc:    Christopher J. McGee
       file (McGEEcj1403.01)