IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 3:07-cr-634 |
| ) | |
| v. ) | |
| ) | ENHANCEMENT INFORMATION |
| CHRISTOPHER JAMES MCGEE, ) | AND NOTICE OF PRIOR |
| ) | CONVICTION(S) |
| Defendant. ) | |

COMES NOW the United States of America, by and through the undersigned Special Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and hereby notifies defendant, CHRISTOPHER JAMES MCGEE, that he is subject to an increased penalty pursuant to Title 21, United States Code, Sections 846 and 841(b)(1)(A), because of one or more prior felony drug convictions, to wit:

1. On or about April 12, 2002, Defendant was sentenced for a drug felony in the Circuit Court of Cook County, Illinois, in case number 02CR692801, Manufacture/Deliver 01-15 grams of cocaine. Defendant was sentenced to 5 years imprisonment.

2. On or about July 17, 2001, Defendant was sentenced for a drug felony in the Circuit Court of Cook County, Illinois, in case number 00CR28608, Delivery of a Controlled Substance. Defendant was sentenced to 24 months probation.

        Respectfully Submitted,

        Matthew G. Whitaker
        United States Attorney


By  /s/ Melisa Zaehringer
      Melisa Zaehringer
      Special Assistant United States Attorney
      United States Courthouse, Ste 310
      131 E. 4th Street
      Davenport, Iowa 52801
      Tel: (563) 449-5432
      Fax: (563) 449-5433
      Email: Melisa.Zaehringer@usdoj.gov


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon all counsel of record and *pro se* parties by electronic service by filing this document with the Clerk of Court using the ECF system on June 1, 2009, which will send notification to the following:

    James Clements


        /s/ Melisa Zaehringer
        United States Attorney's Office
        Southern District of Iowa