*For Judge before trial!*

Excuse me your Honor,

I would like to go on record saying how I wasn't properly prepared for this trial. I wasn't given copies of my discovery material or any kind of paper work concerning my case. I filed for a new counsel and was denied, I also was issued enhansement paper during trial. I also believe that the fact that my motions were denied, jury selected and trial started in the same day was unperfessional. I wasn't aware that my trial date was June 1st until May 29 2009, I was only told that it'll begin in June. for that reason my potential witnesses had not been inform when to come down from Chicago. I feel that equal protection clause is being violated because "The very idea of a jury is a body composed of the peers or equals of the person whose rights it is selected or summoned to determine; that is, of my neighbors, fellows, associates, person having the same legal status in society as that which I hold.