IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER JAMES McGEE, <br><br> Defendant. | No. 3:07-cr-0634-02-JAJ <br><br> **VERDICT FORM** |

### COUNT 1 - Conspiracy to Distribute Crack Cocaine

With regard to the crime of Conspiracy to Distribute Crack Cocaine, as charged in Count 1 of the Indictment, we, the jury, find the defendant, Christopher James McGee:

\_\_\_\_\_ NOT GUILTY        __✓__ GUILTY

**NOTE:** If you found the defendant Christopher James McGee "guilty" of the conspiracy crime charged in the Indictment, you *must* answer the following interrogatory.

Interrogatory #1:   We, the jury, find beyond a reasonable doubt, that the amount of crack cocaine the defendant is responsible for is:

__✓__ Fifty (50) grams or more of crack cocaine;

\_\_\_\_\_ Five (5) grams or more, but less than fifty (50) grams of crack cocaine; or

\_\_\_\_\_ Less than five (5) grams of crack cocaine.

14

## COUNT 2 - Possession of Crack Cocaine with Intent to Distribute

With regard to the crime of Possession of Crack Cocaine with Intent to Distribute on July 7, 2007, as charged in Count 2 of the Indictment, we, the jury, find the defendant, Christopher James McGee:

\_\_\_\_\_ NOT GUILTY          __✓__ GUILTY

**NOTE:** If you found the defendant "guilty" of the crime charged in Count 2 of the Indictment, you *must* answer the following interrogatory.

Interrogatory #1:   We, the jury, find beyond a reasonable doubt, that the amount of crack cocaine that the defendant possessed with intent to distribute was:

\_\_\_\_\_ 50 grams or more

\_\_\_\_\_ 5 grams or more, but less than 50 grams

__✓__ Less than 5 grams

15

We, the jury, unanimously agree to all of the verdicts above.

Date: June 2, 2009