# WITNESS & EXHIBIT LIST

Criminal No.  3:07-cr-00634
Caption:  U.S.A. v. Christopher James McGee

..................................................................

## WITNESSES

| NAME | DATE | TIME Start | TIME End |
|---|---|---|---|
| **GOVERNMENT:** | | | |
| **DEFENDANT MCGEE:** | | | |

## EXHIBITS

**GOVERNMENT**

| NUMBER | DESCRIPTION | I | O | Obj | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | Reporting Officer Narrative, 9/22/09 | X | X | | X | | | 10/9/09 |
| 2 | Arrest Card dated 6/5/06 | X | X | | X | | | 10/9/09 |
| 3 | Fingers from Arrest 1/14/09 | X | X | | X | | | 10/9/09 |
| 4 | Charge and Disposition Information | X | X | | X | | | 10/9/09 |
| 5 | Arrest Report dated 6/5/06 | X | X | | X | | | 10/9/09 |

**DEFENDANT MCGEE**

| LETTER | DESCRIPTION | I | O | Obj | R | RSO | OS | Date |
|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | |

I = Identified:   O = Offered:   Obj = Objection;   R = Received;   RSO = Received Subject to Objection;   OS = Objection Sustained;