RECEIVED
FEB 03 2010
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Jan. 22, 2010

Dear,
   Clerk of court I would like the record to Reflect that I've made over whelming attempts to contact my attorney to recieve my trail transcripts so that I can properly Appeal my case without these transcript's I have no way to properly file my timely Appeal Again I've mailed letters made Attemps At contacting my Attorney threw via-phone with no success I've Also had several family members try to reach Him by phone with no responses.

So I'm now petitioning the court to please send me All trail Transcripts as well as copy's of several motions to fire my Attorney because of client Attorney breakdown & I Also need A copy of my Docket sheet

Thank you

Christopher J. McGee
# 22709-424

Dated this 22nd day of Jan. 2010

JAMES N. HUGHES JR.
Notary Public - State of Kansas
My Appt. Expires 12/6/2013

P.S. requesting copy to be returned.

c.c.

Defendant request that this matter be Addressed urgently Defendant is Incarsarated At Leavenworth CCA transfer center In Leavenworth, Kansas If defendant is transferred A legal mail is returned Defendant request the court To properly locate defendant in the Bureau of prisons To return the mail to defendant again defendant needs such material for proper Appealing



CHRistopher McGee #22709494
100 Highway Tarrace
LEAVENworth KANSAS 66048

KANSAS CITY KS
31 JAN 2010 PM 7 T

Mailed from
LEAVENWORTH DETENTION CENTER

Attn: Clerk of court
c/o U.S. Courthouse
131 east 4th st.
Davenport, Iowa 52801

52801$1516