IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:07-cr-0634-02-JAJ |
| Plaintiff, | |
| vs. | |
| CHRISTOPHER JAMES MCGEE, | |
| Defendant. | **ORDER** |

This matter comes before the court pursuant to a review of all sentences imposed by the court for crack cocaine offenses.  The court is making an independent determination on each case as to whether the defendant is eligible for a reduction in sentence, regardless of whether the defendant files a motion.

Mr. McGee was convicted of a conspiracy to distribute at least fifty grams of cocaine base after he had suffered two prior felony drug convictions.  Accordingly, he received a mandatory life sentence.  21 U.S.C. § 841(b)(1)(A).  He was also convicted of possession with intent to distribute less than five grams of crack cocaine in Count 2.

The defendant is not eligible for a reduction in his mandatory life sentence.  United States v. Sidney, 648 F.3d 904, 906 (8th Cir. 2011); United States v. Bones, No. 11-1278, ___ F.3d ___ (8th Cir. Nov. 21, 2011).  He may be eligible for a reduction in sentence on Count 2 but a reduction in that sentence would do him no good.  That is, the defendant will still face a mandatory life sentence on Count 1.  Unless the defendant secures relief from his mandatory life sentence, a reduction in his sentence on Count 2 will not assist him in

getting out of prison earlier.   Accordingly, the court will determine any reduction in the defendant's sentence on Count 2 only when the defendant first secures relief from his mandatory life sentence on Count 1.   Because there is no limitations period for the reduction in his sentence, the court can determine this matter at a later time.

Upon the foregoing,

**IT IS ORDERED** that the court will defer determining any reduction in the defendant's sentence on Count 2 until such time as he is able to secure relief from the mandatory life sentence he is serving on Count 1.

**DATED** this 1st day of December, 2011.

JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA