Dear Mr. Jarvey,

I just want you to know that when you sentenced me to life in prison it really crushed my spirits for a while and I really didn't see any point in growing in any way. My Mom (God rest her soul) encouraged me to at least finish up my G.E.D. studies since I'd been so close to getting my G.E.D before I was ~~arrested~~ arrested. At first I was a bit stagnant in my presuit to finish, but in 2011 I'm proud to say I made my mother proud by ~~completing~~ recieving my G.E.D. Unfortunatly that accomplishment was overshadowed by the death of my father and that put me back in a feeling of despair.

Sir I'm not trying to tell you a long 10 year sob story, but I just want you to see why it's not a bunch of programming on my prison record. I haven't been exactly a role model type inmate, but I haven't been an out of control one either. I have a few dirty UA's from smoking marijuana and one or two possessions of alcohol (none resulting in any violent behavior) just dealing ~~coping~~ with being in prison and losing family members the best way I know how, but I recently transitioned to sports and working out as a way of dealing with a lot of stress. I also ~~~~ have two fist fights that you probably won't approve of in 2012 & 2014 both no weapon's were used and were between me and another, no group activity. Other that those situations I've been staying out of the way just trying to survive another day and have faith that one day God will make a way....

(over)

I've learned patience from being stuck around alot of dangerous men who think they run everything and sometimes everybody and sometimes you have to think for you and them and know most times the person who is the slowest to become upset usually makes the best decision. One of my biggest problems growing up was I had no patience and wanted everything when I wanted it, but my family didn't work like that so I turned to fast money and learned the hard way that things aquired quickly are rarely cherished but when you work hard for something you really feel like you deserve it in the end. Sir, Mr. Jarvey I am ready to go home and work hard to be a positive person in my younger siblings lives, without our parents they are going to need me now more than ever. My co-defendant who you found guilty of all drugs mentioned is now home and hopefully doing the right thing and I would like the chance to also go home and show you I to can be a productive member of society.

　　　　　　　　　　　　　　Thank you
　　　　　　　　　　　　　　　&
　　　　　　　　　　　　　God Bless